UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ERAN INDUSTRIES LIMITED, a Belize entity,<br><br>　　　　　　　Plaintiff,<br>　　　vs.<br><br>ERAN INDUSTRIAL, LLC f/k/a ERAN FINANCIAL SERVICES, LLC f/k/a STANDARD LIGHTING, LLC; ERAN LOGISTICAL SERVICES, LLC; ERAN NEW PRODUCT DEVELOPMENT LLC; ERAN REAL ESTATE MARGATE LLC; DAN LEVITIN; ERAN LEVITIN; HANA LEVITIN; IRIS LEVITIN; MICHELE LEVITIN; SHAI LEVITIN; SHEER LEVITIN; LUMIGHT LLC; MOTOSURGE LLC; SHEERS EQUESTRIAN STABLES LLC; SUPPLY AMERICA PARTNERS LLC; AND ZENPULSE LLC,<br><br>　　　　　　　Defendants. | **COMPLAINT**<br><br>**(Jury Trial Demanded)** |

Plaintiff Eran Industries Limited ("EI Belize" or "Plaintiff") brings this action against Eran Industrial LLC f/k/a Eran Financial Services, LLC f/k/a Standard Lighting, LLC ("EFS"); Eran Logistical Services, LLC ("Eran Logistical"); Eran New Product Development LLC ("Eran NPD"), Eran Real Estate Margate LLC ("Eran Real Estate"); Dan Levitin; Eran Levitin; Hana Levitin; Iris Levitin; Michele Levitin; Shai Levitin; Sheer Levitin; Lumight LLC ("Lumight"); Motosurge LLC ("Motosurge"); Sheers Equestrian Stables LLC ("Sheers Equestrian"); Supply America Partners LLC ("Supply America Partners"); and Zenpulse LLC ("Zenpulse") (together, the "Defendants") for alter-ego liability and fraudulent transfer under Fla. Stat. §§ 726.105 and 726.106, as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2) because it is between a citizen of a foreign state and citizens of this State or other States of the United States, with an amount in controversy in excess of $75,000, exclusive of interests and costs.

**THE PARTIES**

2.      EI Belize is a Belize entity that also does business in China. No owners of EI Belize are citizens of the United States or any of its States or political subdivisions.

3.      Upon information and belief, EFS is Florida limited liability company owned and controlled by Shai Levitin, a Florida citizen.

4.      Upon information and belief, Eran Logistical is Florida limited liability company owned and controlled by Shai Levitin.

5.      Upon information and belief, Eran NPD is Florida limited liability company owned and controlled by Shai and Dan Levitin that designs lighting products.

6.      Upon information and belief, Eran Real Estate is a Florida limited liability company owned and controlled by Dan Levitin.

7.      Upon information and belief, Dan Levitin is Shai and Iris Levitin's son and a citizen of Florida.

8.      Upon information and belief, Eran Levitin is Shai and Iris Levitin's son and a citizen of Florida.

9.      Upon information and belief, Hana Levitin is Shai Levitin's mother and a citizen of Florida.  Upon information and belief, Hana Levitin has no management or employment position at EFS, Eran Logistical, Eran NPD, or any other Defendant-entity involved in the manufacture or sale of lighting products.

10.     Upon information and belief, Iris Levitin is Shai Levitin's wife and a citizen of Florida. Upon information and belief, at all relevant times, Iris Levitin has no management or employment position at EFS, Eran Logistical, Eran NPD, or any other Defendant-entity involved in the manufacture or sale of lighting products.

11.     Upon information and belief, Michele Levitin is Dan Levitin's wife and a citizen of Florida.  Upon information and belief, Michele Levitin has no management position at EFS, Eran Logistical, Eran NPD, or any other Defendant-entity involved in the manufacture or sale of lighting products, and was employed at EFS for human resources and bookkeeping for a salary of approximately $75,000 per year.

12.     Upon information and belief, Shai Levitin is a citizen of Florida.

13.     Upon information and belief, Sheer Levitin is Shai and Iris Levitin's daughter and a citizen of Florida.  Upon information and belief, Sheer Levitin has no management or employment position at EFS, Eran Logistical, Eran NPD, or any other Defendant-entity involved in the manufacture or sale of lighting products.

14.     Upon information and belief, Lumight is a New York limited liability company that is owned and controlled by Shai Levitin.  Lumight is, upon information and belief, a retail lighting store.

15.     Upon information and belief, Motosurge is a Florida limited liability company that was owned and controlled by Dan Levitin.  Motosurge was, upon information and belief, a car dealer located in Margate, Florida.

16.     Upon information and belief, Sheers Equestrian is a Florida limited liability company that is owned and controlled by Shai and Dan Levitin.  Upon information and belief, Sheers Equestrian owns and stables horses.

3

17.     Upon information and belief, Supply America Partners is Florida limited liability company that is owned and controlled by Shai Levitin.

18.     Upon information and belief, Zenpulse was a Florida limited liability company that is owned by Dan Levitin and controlled by Dan and Michele Levitin. Zenpulse was a sports apparel company.

**FACTS APPLICABLE TO ALL CLAIMS**

19.     For over 9 years, EI Belize worked closely and in good faith with EFS pursuant to agreements to manufacture or acquire lighting products from companies in China for EFS to market and sell in the United States.

20.     At all relevant times, employees of EFS worked closely (sometimes in the same physical location) with EI Belize to coordinate the manufacture, marketing, and sale of lighting products.

21.     Despite the long-term working relationship between EI Belize and EFS, the relationship soured in early 2021. EFS failed to pay EI Belize a total of $18,316,115.27 in overdue and outstanding invoices, and an account was stated in this amount.

22.     Moreover, in consideration of the parties' long-term relationship, EFS' procurement of customers, and in furtherance of their ongoing business dealings, EI Belize, at Shai Levitin's request, loaned Eran Logistical $6,891,550 from December 2019 through April 2021.

23.     To induce EI Belize to make $1.1 million worth of these loans, and to continue to supply products to EFS despite the excessive aged accounts receivable, Shai Levitin represented over the phone to EI Belize's manager, Mr. Ye, on August 20, 2020 that:  (1) he had secured new lender financing, (2) he would use that financing the repay EI Belize's $1.1 million loan to Eran Logistical, and (3) he and his entities had the ability to repay this loan and EFS' unpaid invoices.

4

Dan Levitin confirmed this conversation by email on August 20, 2020 and thereby aided and abetted Shai Levitin's and Eran Logistical's fraud.

24.     Despite demand, Eran Logistical has failed to pay back these loans totaling $6,891,550.

25.     In an attempt to avoid liability to EI Belize for the foregoing, EFS filed suit against EI Belize in the Southern District of Florida on August 9, 2021 under the caption *Eran Financial Services, LLC v. Eran Industries Ltd., et al.*, Case No. 9:21-cv-81386-BER (the "Original Case") alleging various unmeritorious and pretextual claims.  EI Belize counterclaimed and interposed counterclaims and a third-party complaint seeking damages for EFS' non-payment, fraud, and limited claims for fraudulent transfer against EFS, Eran Logistical, and Shai Levitin.

26.     As part of discovery in the Original Case, on July 25, 2023 and August 25, 2023, EI Belize served subpoenas onto fourteen different banks[1] (the "Subpoenas"), requesting any bank records relating to EFS, Eran Logistical, Shai Levitin, and/or Eran NPD.

27.     EI Belize received tens of thousands of pages of bank statements in response to the Subpoenas in a rolling production.[2] EI Belize is, however, still waiting on documents from Stock Yards Bank & Trust Company and a follow-up response from JP Morgan Chase Bank.

28.     The subpoenaed records show that the Levitin family and entities controlled by them received millions of dollars from EFS and Eran Logistical while those entities were indebted

---

[1] EI Belize served subpoenas on: (1) Bank Leumi; (2) Stock Yards Bank & Trust Company; (3) Webster Bank (f/k/a Sterling National Bank); (4) Israel Discount Bank Ltd.; (5) Industrial and Commercial Bank of China; (6) HSBC; (7) China Construction Bank; (8) Bank of Communications; (9) Bank of China; (10) Bank of America; (11) U.S. Bank; (12) JPMorgan Chase Bank; (13) China Merchants Bank; and (14) China CITIC Bank.

[2] The fourteen institutions have responded on a rolling basis, however, notably, Bank Leumi provided records on or around September 1, 2023; Bank of America provided records on or around August 14, 2023; and JPMorgan Chase Bank provided its initial response on or around December 19, 2023.

to EI Belize and insolvent, including (1) Eran  NPD; (2) Eran Real Estate; (3) Lumight; (4) Motosurge; (5) Sheers Equestrian; (6) Supply America Partners; (7) Zenpulse; (8) Dan Levitin; (9) Eran Levitin; (10) Hana Levitin; (11) Iris Levitin; (12) Michele Levitin; and (13) Sheer Levitin.

29.     The same records show: (1) there is no meaningful distinction between Shai and Dan Levitin, EFS, Eran Logistical, and the entity-Defendants; and (2) that these entities were used to work a fraud on EI Belize and on EFS' and Eran Logistical's other creditors.  Indeed, Shai and Dan Levitin indiscriminately transferred funds between these entities with the goal of distributing the money to themselves and family members, including millions of dollars for the purchase of horses.

30.     EI Belize could not have known the extent Defendants' fraudulent transfers without this discovery because EI Belize did not previously have access to the subpoenaed bank statements.

**A.     Shai And Dan Levitin Utilized EFS, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, And Zenpulse For Improper And Fraudulent Purposes And To Divert Money To Themselves And Family Members**

31.     EFS, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse are alter-egos of Shai and Dan Levitin and each other.

32.     Upon information and belief, EFS, Eran Logistical and Shai Levitin have been insolvent since on or about July 2017.   EFS was unable to pay EI Belize for goods sold and delivered to EFS (or customers designated by EFS) as the invoices for those goods became due, accruing a debt of $18,316,115.27.  Eran Logistical admittedly sought and obtained no-interest loans from EI Belize to cover other debts in the amount of $6,891,550 and could not repay EI Belize when the loans became due.  Shai Levitin diverted millions of dollars to himself and family

members, upon information and belief, because he was unable to fund his expenses through his salary.

33.     Shai and Dan Levitin utilized EFS, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse for several improper and fraudulent purposes, including, among other things: (1) transferring money between the entities for no consideration to disguise their insolvency and defraud trade creditors (including EI Belize) and banks into continuing to do business with them; (2) transferring money to members of the Levitin family without receiving a reasonably equivalent value in exchange, including to, Dan, Eran, Hana, Iris, Michele, Shai, and Sheer Levitin; (3) shielding and hiding EFS' and Eran Logistical's assets to render them judgment proof; (4) transferring money out of the United States to frustrate creditor collection efforts; and (5) kiting checks and committing other kinds of fraud.

34.     The following are only few examples of how Shai and Dan Levitin utilized EFS, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse for improper and fraudulent purposes.

***EFS, Eran Logistical And Eran NPD Move Money Between Each Other To Defraud Creditors And Divert Funds To The Levitin Family***

35.     EFS, Eran Logistical, and Eran NPD transferred millions of dollars between each other, upon information and belief, for no consideration and in lieu of paying EI Belize's invoices and loans.   Specifically:

(a)     For the period 2017 to 2023, EFS transferred Eran Logistical approximately $2,223,446.74.   For the same period, Eran Logistical transferred approximately $7,290,984.44 back to EFS.

(b)     For the period 2017 to 2023, EFS transferred Eran NPD approximately $1,365,170.  For the same period, Eran NPD transferred approximately $3,362,938.18 back to EFS.

(c)     For the period 2017 to 2023, Eran Logistical transferred Eran NPD approximately $130,000.   For the same period, Eran NPD transferred approximately $7,784,568.79 back to Eran Logistical.[3]

36.     Upon information and belief, EFS, Eran Logistical and Eran NPD transferred funds between each other to artificially inflate their balance sheets and defraud trade creditors and banks into doing business with them despite their insolvency.

37.     Upon information and belief, the ultimate goal of this shell game was to transfer funds away from EFS, Eran Logistical, and Eran NPD to the Levitin family.  For example:

(a)     From 2017 to 2023, EFS transferred approximately $1,346,940.41 to Shai personally or to accounts jointly held by him and Iris Levitin or him and Eran Levitin.

(b)     On July 27, 2023, while indebted to EI Belize, EFS sent Eran NPD $82,585. The full amount was wired out the next day to various individuals, including $16,000 to Shai and Iris Levitin and $10,600 to Eran Levitin.

38.     Upon information and belief, EFS, Eran NPD, Eran Logistical, Shai, Iris, and Eran Levitin did not provide a reasonably equivalent value for these transfers and took the funds in bad faith.

---

[3] As of the date of this pleading, EI Belize does not know the full extent of the transfers between EFS, Eran Logistical, and Eran NPD because EFS has multiple bank accounts and transferred millions of dollars between them. EI Belize has only been able to obtain statements for some of these accounts.  For the accounts EI Belize been unable to review, it does not know to whom EFS may have subsequently transferred funds.

***Eran Logistical And Eran NPD Have Diverted Millions Of Dollars To Sheers Equestrian***

39.     Eran Logistical and Eran NPD transferred millions of dollars to Sheers Equestrian.

40.     Upon information and belief, some the funds that Eran Logistical and Eran NPD diverted to Sheers Equestrian were first fraudulently transferred to them from EFS.

41.     From September 2019 through July 2023, Eran Logistical transferred approximately $5,048,700 to Sheers Equestrian.  For example, among other transfers:

(a)     On October 23, 2018, Eran Logistical transferred $250,000 to Sheers Equestrian with the note "Horse Anis De La Piece";

(b)     On April 24, 2019, Eran Logistical transferred $75,000 to Sheers Equestrian with the note "Horse Quantico 956 Deposit," after transferring $45,000 to Sheers Equestrian only one week earlier from a different Eran Logistical bank account;

(c)     On May 13, 2019, Eran Logistical transferred $120,000 to Sheers Equestrian with the note "May funding plus horse deposit for . . . "; and

(d)     On May 28, 2019, Eran Logistical transferred $402,000 to Sheers Equestrian with the note "SES Horse Balance Due of 402k total."

42.     In 2021, the same year EFS filed this litigation, Eran NPD transferred Sheers Equestrian approximately $95,000.

43.     Sheers Equestrian's horse purchases have nothing to do with the sale or manufacture of lighting products.

44.     Sheers Equestrian has not provided EFS, Eran Logistical, or Eran NPD with reasonably equivalent value for these transfers, thereby working a fraud on EI Belize.

***EFS, Supply America Partners, And Eran Real Estate Move Money Between Each Other To Defraud Creditors And Divert Money To The Levitin Family***

45.     On December 17, 2021, shortly after the Original Action was filed, Shai and Dan Levitin formed EDS Capital LLC n/k/a Supply America Partners.  Shai and Dan Levitin transferred funds between Eran Real Estate, Supply America Partners, and EFS to inflate EFS' balance sheet and disguise its insolvency.  For example:

(a)     On November 15, 2022, Eran Real Estate transferred $1,200,000 to Supply America Partners, which then transferred $1,000,000 to EFS that same day, and another $100,000 to EFS the following day. Supply America Partners then transferred $95,000 of the remaining $100,000 to EFS over the course of four transactions: (1) $50,000 on November 23, 2022; (2) $20,000 on November 25, 2022; (3) $15,000 on November 28, 2022; and (4) $10,000 on November 28, 2022.

46.     Shai and Dan Levitin also use Supply America Partners and Eran Real Estate to divert EFS' funds to themselves and family members. For example:

(a)     On January 5, 2023, EFS transferred $152,000 to Supply America Partners. The next day, Supply America Partners transferred the same $152,000 to Eran Real Estate, which then transferred the same amount to Iris and Shai Levitin's personal account on January 9, 2023 (the next business day). The entire amount was then wired to an unknown account that same day.

47.     Upon information and belief, to conceal these activities, Supply America Partners was dissolved on August 14, 2023.

48.     Upon information and belief, to conceal these activities, like Supply America Partners, Eran Real Estate was dissolved on August 14, 2023.

49.     Upon information and belief, Supply America Partners, Eran Real Estate, EFS,  and Shai and Iris Levitin did not provide a reasonably equivalent value for these transfers and took the funds in bad faith.

***Eran Logistical Diverted Funds To Zenpulse And Used It To Conceal Assets From Creditors***

50.     Zenpulse was a sport apparel company owned by Dan Levitin and managed by Michele Levitin, Dan Levitin's wife.

51.     Dan Levitin diverted Eran Logistical's assets to Zenpulse.

        (a)     Zenpulse received approximately $18,000 from Eran Logistical from July 2017 through July 2022, despite not being in the business of manufacturing or selling lighting products.

        (b)     Eran Logistical paid Zenpulse's insurance expenses, with monthly wires going to The Hartford for the benefit of Zenpulse.

52.     Upon information and belief, some the funds that Dan Levitin diverted to Zenpulse were first fraudulently transferred from EFS to Eran Logistical.

53.     Upon information and belief, Zenpulse did not provide a reasonably equivalent value for these transfers and took the funds in bad faith.

***Eran Logistical, Eran NPD, And Lumight Diverted Funds To Motosurge And Used It To Conceal Assets From Creditors***

54.     Motosurge was an automotive dealership owned by Dan Levitin.

55.     Motosurge received about $256,000 from Eran Logistical, Eran NPD, and Lumight.

56.     Upon information and belief, some the funds that Dan Levitin diverted to Motosurge were first fraudulently transferred from EFS to Eran Logistical, Eran NPD, and Lumight.

57.     Although Motosurge was incorporated in 2019, the first payment was not made to Motosurge until April 2021, only 4 months before EFS filed the Original Action.

58.     Upon information and belief, Motosurge did not provide a reasonably equivalent value for these transfers and took the funds in bad faith.

***Lumight***

59.     Lumight is a retail and online lighting store owned and/or controlled by Shai and Dan Levitin.  Shai and Dan Levitin transferred funds between Lumight, Sheers Equestrian, Eran Logistical, EFS, Eran NPD, and Motosurge.  Upon information and belief, these transfers were made in bad faith and without the recipient providing a reasonably equivalent value.

60.     Upon information and belief, Shai and Dan Levitin also used Lumight's accounts to kite checks, which indicates the company is insolvent and/or attempting to commit fraud.  From, August 3, 2022 until October 24, 2022, Lumight wrote multiple bad checks to a separate Lumight account.

61.     Lumight furthermore offshored money to Hong Kong.  For example, from July 27, 2017 until August 26, 2019, Lumight offshored $165,000 to Dan Holdings Limited, which is a Hong Kong entity owned and controlled by Shai Levitin ("Dan Holdings").

***EFS Offshored Funds To Indian Companies Owned And Controlled By Shai Levitin A Few Months Prior To Commencing The Original Action***

62.     The Original Action was commenced in August 2021. A few months prior, EFS transferred funds to entities owned and controlled by Shai Levitin located in India.

(a)     From September 30, 2020 through May 27, 2021, EFS transferred approximately $526,000 to Eran Innovations LLP ("Eran Innovations"), which, upon information and belief, is owned and controlled by Shai Levitin.

(b)     From January 21, 2021 through June 3, 2021, EFS transferred approximately $448,471.19 to Eran India Manufacturing Private Limited ("Eran India"), which, upon information and belief, is owned and controlled by Shai Levitin.

63.     Upon information and belief, these companies have never manufactured a lighting product.

64.     Upon information and belief, Eran India and Eran Innovations did not provide a reasonably equivalent value for these transfers and took the funds in bad faith.

**B.     EFS, Eran Logistical, And Shai Levitin, While Indebted To EI Belize And Insolvent, Transferred Millions Of Dollars To The Levitin Family Without Receiving A Reasonably Equivalent Value In Exchange**

65.     Despite being insolvent and indebted to EI Belize, EFS and Eran Logistical transferred millions of dollars to Shai, Dan, and Eran Levitin, upon information and belief, separate and apart from any salary, including, but not limited to:

(a)     On August 5, 2019, Eran Logistical wired $126,250 to Iris and Shai Levitin with the wire description: "Coconut Grove Unit 2904 Deposit," for a residential penthouse located in Miami, Florida. The same amount was wired from a second Eran Logistical bank account to a different bank account for Iris and Shai Levitin the same day. The total amount wired to Iris and Shai on August 5, 2019 ($252,500) is exactly 1/10 of the selling price of the penthouse condo located at 2627 S. Bayshore Drive, Apt. 2904, Miami, Florida 33133.

(b)     On March 12, 2020, EFS wired $400,000 from one of its Bank Leumi accounts to one of its Stock Yards Bank accounts. The following day, EFS wired $400,000 from its Stock Yards Bank account to one of Eran Logistical's Bank of America accounts. On March 16, 2020 (the next business day), Eran Logistical wired almost the entire amount to Fox Rothschild LLP for, upon information and belief, Shai and Iris Levitin's personal real estate purchase.

(c)     On, February 19, 2019, EFS wired <u>Iris and Shai Levitin</u> $200,000, and Eran NPD wired Iris and Shai Levitin $150,000, both with wire descriptions "Distributions to Shai Levitin." Equity distributions while a company is insolvent constitute fraud.

(d)     EFS, Eran Logistical, and Eran NPD wired <u>Eran Levitin</u> $41,541.27 through various ad hoc wire transfers and physical checks, including multiple transfers on December 14, 2020. No salary is paid in ad hoc installments from multiple accounts in different amounts.

(e)     In July 2023, EFS wired approximately $97,505 to <u>Dan Levitin</u> over the course of 14 transactions: (1) $1,500 on July 3, 2023; (2) $2,000 on July 5, 2023; (3) $20,000 on July 7, 2023; (4) $10,000 on July 13, 2023; (5) $10,000 on July 17, 2023; (6) $10,000 on July 18, 2023; (7) $2,000 on July 19, 2023; (8) $4,500 on July 20, 2023; (9) $5,005 on July 24, 2023; (10) $5,000 on July 24, 2023; (11) $3,500 on July 26, 2023; (12) $10,000 on July 27, 2023; (13) $6,000 on July 28, 2023; and (14) $8,000 on July 31, 2023. No salary is paid in fourteen monthly installments in different amounts.

66.     Shai, Dan, and Eran Levitin are insiders, did not provide a reasonably equivalent value to EFS, Eran Logistical, or Eran NPD for these payments, and did not take the funds in good faith.

67.     Despite being insolvent and indebted to EI Belize, EFS and Eran Logistical transferred millions of dollars to Shai, Dan, and Eran Levitin's family members (all but one of whom have no role at EFS or Eran Logistical), who did not provide a reasonably equivalent value for these transfers, and took the funds in bad faith including:

(a)     An $875,000 wire from Eran Logistical on December 19, 2019 to <u>Iris and Shai Levitin's</u> personal account (which was immediately wired to an EFS account at a different bank). From April 16, 2019 through July 29, 2022, Iris Levitin received a total of approximately

$6,230,098.56 from Eran Logistical. After July 2022, periodic payments to Iris continued from EFS.

(b)    EFS transferred <u>Michele Levitin</u>: (1) $150 on November 30, 2020; (2) $1,000 on December 14, 2020; and (3) $200.83 on January 29, 2021.

(c)    EFS wired <u>Sheer Levitin</u> approximately $1,000 per month, totaling roughly $54,195, from August 8, 2019 through August 1, 2022, despite Sheer Levitin being a college student at the time.

(d)    EFS and Eran Logistical also make routine payments for <u>Sheer Levitin's</u> benefit to Kent Farrington, LLC for her equestrian lessons.  In a July 9, 2020 email from Shai Levitin to Sheer Levitin, Shai stated "by the time you turn 25 your equines  education  will  cost the family 15 million USD."  This money, which was, in part, fraudulently transferred from EFS, should have been used to pay EI Belize.

(e)    From July 2017 through July 2022, Shai and Iris Levitin transferred approximately $1,002,000 to Shai's mother, <u>Hana Levitin</u>, by diverting funds from Eran Logistical and EFS, among others. For example, on August 31, 2017, Eran Logistical wired Iris and Shai Levitin's personal account $17,000 with the wire description: "Loan for Safta Hana," and on that same day, Shai and Iris Levitin wired Hana Levitin $17,000 from their personal account with the wire description: "Hana Levitin POP Family Support."

68.    By virtue of their close family relationship with Shai, Dan, and Eran Levitin and, in most cases, the payments being made by wire or check directly from EFS or Eran Logistical, Iris, Michele, Sheer, and Hana Levitin knew, who do not work for these companies (or, in the case of Michele, knew what she should have been paid), knew or should have known, that these payments were an unlawful and improper diversion of funds from EFS and Eran Logistical.

69.     By virtue of their close family relationship with Shai and Dan Levitin and, in most cases, the payments being made by wire or check directly from EFS or Eran Logistical, Iris, Michele, Sheer, and Hana Levitin, who do not work for these companies (or, in the case of Michele, knew what she should have been paid), did not receive these payments in good faith.

70.     By virtue of not having an employment or management positions at EFS or Eran Logistical, Iris, Michele, Sheer, and Hana Levitin (or, in the case of Michele, by receiving money in excess of her salary) did not provide a reasonably equivalent value for these transfers.

**COUNT ONE**
**Alter Ego Liability and to Pierce the Corporate Veil against EFS, Eran Logistical, Eran NPD, Eran Real Estate, Shai and Dan Levitin, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse**

71.     EI Belize repeats and realleges each and every allegation set forth in paragraphs 1 through 64 as if fully set forth and incorporated herein.

72.     EFS, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse are alter-egos of Shai and Dan Levitin and each other.

73.     By virtue of Shai and Dan Levitin's indiscriminately transferring funds: (a) between EFS, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse; and (b) from EFS, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse to members of the Levitin family (or for their benefit) for no consideration, Shai and Dan Levitin exercised complete dominion and control over EFS, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse such that these entities' independent existence is non-existent and they are a mere instrumentalities of each other and Shai and Dan Levitin.

16

74.     Shai and Dan Levitin utilized EFS, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse for several improper and fraudulent purposes, including, among other things: (1) transferring money between these entities for no consideration to disguise their insolvency and defraud trade creditors (including EI Belize) and banks into continuing to do business with them; (2) transferring money to members of the Levitin family without receiving a reasonably equivalent value in exchange, including to, Dan, Eran, Hana, Iris, Michele, Shai, and Sheer Levitin, and at the expense of EI Belize; (3) shielding and hiding EFS' and Eran Logistical's assets to render them immune from any judgment EI Belize may be able to obtain in the Original Action; (4) transferring money out of the United States to frustrate EI Belize's collection efforts should it prevail in the Original Action; and (5) kiting checks and committing other kinds of fraud.

75.     EI Belize has been damaged by EFS', Eran Logistical's, Eran NPD's, Eran Real Estate's, Shai and Dan Levitin's, Lumight's, Motosurge's, Sheers Equestrian's, Supply America Partners', and Zenpulse's abuse of the corporate form in the amount of $25,207,665.27, plus, pre- and post-judgment interest.

## COUNT TWO
**Actual Fraudulent Transfer Under Fla. Stat. § 726.105(1)(a) against all Defendants and Constructive Fraudulent Conveyance Under Fla. Stat. § § 726.105(1)(b) Against All Defendants Except Shai Levitin, EFS and Eran Logistical**

76.     EI Belize repeats and realleges each and every allegation set forth in paragraphs 1 through 70 as if fully set forth and incorporated herein.

77.     Under Fla Stat. § 726.105, a transfer made or obligation incurred by a debtor is fraudulent as to a creditor, whether the creditor's claim arose before or after the transfer was made or the obligation was incurred, if the debtor made the transfer or incurred the obligation: (a) with

actual intent to hinder, delay, or defraud any creditor of the debtor; or (b) without receiving a reasonably equivalent value in exchange for the transfer or obligation, and the debtor.

78.     Under Fla. Stat § 726.105, in determining whether a debtor acted with actual intend to hinder, delay or defraud, consideration may be given to, among other factors, whether: (a) the debtor was insolvent or became insolvent shortly after the transfer was made or the obligation was incurred; (b) the transfer or obligation was to an insider; (c) the debtor retained possession or control of the property transferred after the transfer; (d) before the transfer was made or obligation was incurred, the debtor had been sued or threatened with suit; (e) the debtor removed or concealed assets; and (f) the value of the consideration received by the debtor was reasonably equivalent to the value of the asset transferred or the amount of the obligation incurred.

79.     Upon information and belief, EFS, Eran Logistical and Shai Levitin have been insolvent since on or about July 2017.   EFS was unable to pay EI Belize for goods sold and delivered to EFS (or customers designated by EFS) as the invoices for those goods became due, accruing a debt of $18,316,115.27.  Eran Logistical admittedly sought and obtained no-interest loans from EI Belize to cover other debts in the amount of $6,891,550 and could not repay EI Belize when the loans became due.  Shai Levitin diverted millions of dollars to himself and family members, upon information and belief, because he was unable to fund his expenses through his salary.

80.     While being indebted to EI Belize and insolvent, EFS and Eran Logistical transferred funds to Shai, Dan, and Eran Levitin (all of whom are insiders), either directly or through Dan Holdings, Eran India, Eran Innovations, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse, separate and apart from their salary, in bad faith, and without receiving a reasonably equivalent value in exchange.

81.     While being indebted to EI Belize and insolvent, EFS, Eran Logistical and Shai Levitin, either directly or through Dan Holdings, Eran India, Eran Innovations, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse, transferred funds to entities owned, operated, and controlled by Shai and Dan Levitin in bad faith and without receiving a reasonably equivalent value in exchange, including but not limited to: EFS, Dan Holdings, Eran India, Eran Innovations, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse, allowing them to retain possession and control of funds that should have been used to pay EI Belize.

82.     While being indebted to EI Belize and insolvent, EFS, Eran Logistical, and Shai Levitin, either directly or through Dan Holdings, Eran India, Eran Innovations, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse, transferred funds to Shai, Dan and Eran Levitin's family members in bad faith and without receiving a reasonably equivalent value in exchange who have no employment or management positions at EFS, Eran Logistical, or any related entity involved in the manufacture and sale of lighting products, including to Iris, Hana, Michele, and Sheer Levitin (or, in the case of Michele, in excess of her agreed compensation).

83.     While being indebted to EI Belize and insolvent, EFS, Eran Logistical, and Shai Levitin, either directly or through, Dan Holdings, Eran India, Eran Innovations, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse, transferred funds for the benefit of Shai, Dan, and Eran Levitin's family members who have no employment or management positions at EFS, Eran Logistical, or any related entity involved in the manufacture and sale of lighting products, including to Iris, Hana, Michele, and Sheer Levitin (or, in the case of Michele, in excess of her agreed compensation).

84.     While being indebted to EI Belize and insolvent, EFS directly or through Lumight removed asserts from the state of Florida and transferred them to India and Hong Kong to companies owned or controlled by Shai Levitin, including Eran India, Eran Innovations, and Dan Holdings.

85.     The frequency of the transfers increased immediately prior to EFS commencing the Original Action in August 2021.

86.     While being indebted to EI Belize and insolvent, EFS attempted to conceal assets by opening bank accounts at different financial institutions.  For example, Shai Levitin and Dan Levitin opened at least three separate bank accounts for EFS at Bank of America between November 28, 2022 and July 12, 2023.

87.     Shai and Dan Levitin also maintain and utilize accounts for EFS in various names including Eran Financial Services, LLC, Eran Industrial, LLC, and Standard Lighting, LLC.

88.     Based on the foregoing, EFS, Eran Logistical, and Shai Levitin transferred away funds with the actual intent to hinder, delay, or defraud EI Belize.

89.     Based on the foregoing, even if EFS, Eran Logistical, and Shai Levitin did not act with actual intent to hinder, delay, or defraud EI Belize, their conduct is still fraudulent vis-a-vis EI Belize because they transferred away millions of dollars to insiders, companies owned and controlled by them, and family members in bad faith and without receiving a reasonably equivalent value in exchange for the transfers.

90.     EFS, Eran Logistical, Eran NPD, Eran Real Estate, Dan Levitin, Eran Levitin, Hana Levitin, Iris Levitin, Michele Levitin, Shai Levitin, Sheer Levitin, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse took these funds either directly or through subsequent transfers in bad faith and without providing a reasonably equivalent value in exchange.

91.     Pursuant to Fla. Stat § 726.110, these transactions could not have been discovered by EI Belize prior to December 2023.

92.     EI Belize has been damaged by these actual and constructive fraudulent transfers in the amount of fraudulently transferred funds and assets up to $25,207,665.27, plus, pre- and post-judgment interest.

**COUNT THREE**
**Fraudulent Transfer Under Fla. Stat. § 726.106 Against All Defendants**

93.     EI Belize repeats and realleges each and every allegation set forth in paragraphs 1 through 70 as if fully set forth and incorporated herein.

94.     Under Fla Stat. § 726.106, a transfer made or obligation incurred by a debtor is fraudulent as to a creditor whose claim arose before the transfer was made or the obligation was incurred if the debtor made the transfer or incurred the obligation without receiving a reasonably equivalent value in exchange for the transfer or obligation and the debtor was insolvent at that time or the debtor became insolvent as a result of the transfer or obligation.

95.     Upon information and belief, EFS, Eran Logistical, and Shai Levitin have been insolvent since on or about July 2017.   EFS was unable to pay EI Belize for goods sold and delivered to EFS (or customers designated by EFS) as the invoices for those goods became due, accruing a debt of $18,316,115.27.  Eran Logistical admittedly sought and obtained no-interest loans from EI Belize to cover other debts in the amount of $6,891,550 and could not repay EI Belize when the loans became due.  Shai Levitin diverted millions of dollars to himself and family members, upon information and belief, because he was unable to fund his expenses through his legitimate compensation.

96.     EFS became indebted to EI Belize beginning on October 16, 2018 and remains indebted to EI Belize in the amount of $18,316,115.27.

97.     Eran Logistical became indebted to EI Belize beginning on December 2019 and remains indebted to EI Belize in the amount of $6,891,550.

98.     Shai Levitin became indebted to EI Belize beginning on August 20, 2020 and remains indebted to EI Belize in the amount of $1.1 million.

99.     While being indebted to EI Belize and insolvent, EFS and Eran Logistical transferred funds to Shai, Dan, and Eran Levitin (all of whom are insiders), either directly or through Dan Holdings, Eran India, Eran Innovations, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse, separate and apart from their salary, in bad faith, and without receiving a reasonably equivalent value in exchange.

100.    While being indebted to EI Belize and insolvent, EFS, Eran Logistical and Shai Levitin, either directly or through, Dan Holdings, Eran India, Eran Innovations, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse, transferred funds to entities owned, operated, and controlled by Shai and Dan Levitin in bad faith and without receiving a reasonably equivalent value in exchange, including but not limited to: EFS, Dan Holdings, Eran India, Eran Innovations, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse.

101.    While being indebted to EI Belize and insolvent, EFS, Eran Logistical, and Shai Levitin, either directly or through EFS, Dan Holdings, Eran India, Eran Innovations, Eran Logistical, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse, transferred funds to Shai, Dan and Eran Levitin's family members who have no employment or management positions at EFS, Eran Logistical, or any related entity

involved in the manufacture and sale of lighting products, including to Iris, Hana, Michele, and Sheer Levitin (or, in the case of Michele, in excess of her agreed compensation), in bad faith and without receiving a reasonably equivalent value in exchange.

102.    While being indebted to EI Belize and insolvent, EFS, Eran Logistical, and Shai Levitin, either directly or through Dan Holdings, Eran India, Eran Innovations, Eran NPD, Eran Real Estate, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse, transferred funds for the benefit of Shai, Dan, and Eran Levitin's family members who have no employment or management positions at EFS, Eran Logistical or any related entity involved in the manufacture and sale of lighting products, including to Iris, Hana, Michele, and Sheer Levitin (or, in the case of Michele, in excess of her agreed compensation).

103.    While being indebted to EI Belize and insolvent, EFS, directly or through Lumight, removed asserts from the state of Florida and transferred them to India and Hong Kong to companies owned or controlled by Shai Levitin, including Eran India, Eran Innovations, and Dan Holdings.

104.    EFS, Dan Holdings, Eran India, Eran Innovations, Eran Logistical, Eran NPD, Eran Real Estate, Dan Levitin, Eran Levitin, Hana Levitin, Iris Levitin, Michele Levitin, Shai Levitin, Sheer Levitin, Lumight, Motosurge, Sheers Equestrian, Supply America Partners, and Zenpulse took these funds in bad faith and without providing a reasonably equivalent value in exchange.

105.    Pursuant to Fla. Stat § 726.110, these transactions could not have been discovered by EI Belize prior to December 2023.

106.    EI Belize has been damaged by these fraudulent transfers in the amount of the fraudulently transferred funds and assets up to $25,207,665.27, plus, pre- and post-judgment interest.

**WHEREFORE**, EI Belize requests judgment as follows:

a.        For its claim for alter-ego liability and to pierce the corporate veil against Eran Financial Services, LLC; Eran Logistical Services, LLC; Eran New Product Development LLC; Eran Real Estate Margate LLC; Lumight LLC; Shai Levitin; Dan Levitin; Motosurge LLC; Sheers Equestrian Stables LLC; Supply America Partners LLC; and Zenpulse LLC damages in an amount to be determined at trial, but believed to be $25,207,665.27;

b.        For its actual and constructive fraudulent transfer claim pursuant to Fla. Stat. § 726.105 against Eran Industrial LLC f/k/a Eran Financial Services, LLC f/k/a Standard Lighting, LLC; Eran Logistical Services, LLC; Eran New Product Development LLC, Eran Real Estate Margate LLC; Dan Levitin; Eran Levitin; Hana Levitin; Iris Levitin; Michele Levitin; Shai Levitin; Sheer Levitin; Lumight LLC; Motosurge LLC; Sheers Equestrian Stables LLC; Supply America Partners LLC; and Zenpulse LLC, damages in an amount to be determined at trial, but believed to be $25,207,665.27;

c.        For its fraudulent transfer claim pursuant to Fla. Stat. § 726.106 against Eran Industrial LLC f/k/a Eran Financial Services, LLC f/k/a Standard Lighting, LLC; Eran Logistical Services, LLC; Eran New Product Development LLC, Eran Real Estate Margate LLC; Dan Levitin; Eran Levitin; Hana Levitin; Iris Levitin; Michele Levitin; Shai Levitin; Sheer Levitin; Lumight LLC; Motosurge LLC; Sheers Equestrian Stables LLC; Supply America Partners LLC; and Zenpulse LLC, damages in an amount to be determined at trial, but believed to be $25,207,665.27; and

d.      For pre-judgment interest, costs, and expenses, including reasonable attorneys'

fees, and such other and further relief as the Court deems just and proper.

SILLS CUMMIS & GROSS P.C.
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000

By:____s/ *Matthew P. Canini*____
        MATTHEW P. CANINI
        mcanini@sillscummis.com

Dated:  February 1, 2024