UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CV-80118-ROSENBERG

ERAN INDUSTRIES LIMITED,

   Plaintiff,

v.

ERAN INDUSTRIAL, LLC, et al.,

   Defendants.
_____/

## ORDER STAYING AND CLOSING CASE

The matter comes before the Court *sua sponte*. In case 21-CV-81386, Magistrate Judge Bruce E. Reinhart denied a party's motion to amend counterclaim. As a result, the parties in that case filed a new case, consisting of both claims and counterclaims. That new case is the case before this Court, and it is very much related to the matter still pending before Judge Reinhart.

A district court has broad discretion to stay proceedings as incident to its power to control its own docket. *E.g., Clinton v. Jones*, 520 U.S. 681, 706 (1997). This Court exercises its discretion to **STAY** this matter pending a final resolution of related case 21-CV-81386, which is set for trial in the near future. All motions are **TERMINATED** during the pendency of the stay, but the stay shall not affect the merits of any party's claim. Once case 21-CV-81386 has reached a final conclusion, any party may move for the stay imposed by this Order to be vacated. The Clerk of the Court shall **ADMINISTRATIVELY CLOSE** this case.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 12th day of August, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record